MARK A. MANNING
CRAM, HARDER, WELLS & BARON, P.C.
474 Willamette, #200
Eugene, OR 97401
(541) 686-1969
Fax: (541) 344-6099
mmanning@chwb.net
Of Attorneys for the Plaintiff

FILED'05 NOV 03 12:34USDC-ORE

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JAMES L. TURNER, ) | |
| ) | Civil No. 05-6005-HO |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | ORDER FOR PAYMENT OF ATTORNEY |
| JO ANNE B. BARNHART, ) | FEES, COSTS AND EXPENSES |
| Commissioner, Social Security ) | PURSUANT TO EAJA |
| Administration, ) | |
| ) | |
| Defendant. ) | |

After considering the stipulated Motion submitted by the parties herein for entry of an order awarding plaintiff's attorney, Mark Manning, attorney fees in the amount of $1,500.38, costs in the amount of $150.00, and expenses in the amount of $25.00,

IT IS HEREBY ORDERED that plaintiff's motion is granted in the total sum of

/ /

/ / /

1 - ORDER FOR PAYMENT OF ATTORNEY FEES, COSTS & EXPENSES PURSUANT TO EAJA

$1,675.38 as full settlement of any and all claims for attorney fees, costs and expenses under EAJA. There are no other costs or expenses to be paid herein.

IT IS SO ORDERED on this 2nd day of Nov., 2005.

_____
U.S. District Judge

PRESENTED BY:

By: _____
Mark Manning, OSB #00311
Of Attorneys for Plaintiff

2 - ORDER FOR PAYMENT OF ATTORNEY FEES, COSTS & EXPENSES PURSUANT TO EAJA